

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Marcus Rosenberger,

Vs. No. 11-12-00004-CV

Homecomings Financial, LLC
f/k/a Homecomings Financial Network,
Inc., Litton Loan Servicing, L.P.,
and Ocwen Loan Servicing, LLC,

* From the 161st District Court
   of Ector County,
   Trial Court No. B-126-011.

* July 21, 2016

* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has considered Marcus Rosenberger's unopposed motion for voluntary dismissal of this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Marcus Rosenberger.